IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GREGORY ROSE** **PLAINTIFF**
**#34800**

v.   Case No: 3:19-cv-00347-LPR

**CATHERINE DEAN,** *et al*.   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on January 22, 2020, it is considered, ordered, and adjudged that Plaintiff's Complaint is DISMISSED. Plaintiff's unlawful arrest and malicious prosecution claims are DISMISSED WITH PREJUDICE. The Court declines to exercise jurisdiction over Plaintiff's state-law defamation claim, and it is thus DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 22nd day of January 2020.

Lee P. Rudofsky
UNITED STATES DISTRICT JUDGE